# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: | |
| | Case No.: 11-bk-57750 |
| Darrell Smith | |
| Nicole Smith | Chapter 13 |
| **Debtor(s)** | |

## Notice of Change of Address

**My Former Mailing Address was**:

Name:      Darrell & Nicole Smith

Street:      8179 Township Road 457

City, State, Zip: Loudenville, OH 44842

**Please be advised that effective September 13, 2016
my new mailing address is:**

Name:      Darrell & Nicole Smith

Street:      25890 Danville Amity Rd

City, State, Zip: Danville, OH 43014

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on September 13, 2016 to the following:

**Trustee:**
Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Darrell & Nicole Smith
25890 Danville Amity Rd
Danville, OH 43014

                    Respectfully Submitted,

                    /s/ Erin E. Schrader
                    Erin E. Schrader (0078078)
                    Rauser & Associates
                    5 East Long St., Suite 300
                    Columbus, OH 43215
                    (614) 228-4480